

O'Melveny & Myers LLP  T: +1 212 326 2000  File Number:
Times Square Tower  F: +1 212 326 2061  252827-00010
7 Times Square  omm.com
New York, NY 10036-6537

February 4, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: February 5, 2021

Jonathan Rosenberg
D: +1 212 408 2409
jrosenberg@omm.com

<u>VIA ECF</u>

Honorable Paul G. Gardephe
United States District Judge
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Lizarau v. Moatazedi, et al.*, No. 1:20-cv-9986-PGG; *Yu v. Moatazedi, et al.*, No. 1:20-cv-10118-AT

Dear Judge Gardephe:

We represent all defendants in these actions and write respectfully on behalf of all parties to request adjournment of the February 11, 2021 initial pretrial conference, as stipulated in the parties' December 29, 2020 Joint Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Establishing a Leadership Structure [ECF No. 8].

The stipulated proposed order provides for, among other things, (i) consolidation of these related actions under the lead case, No. 1:20-cv-9986-PGG; (ii) appointment of co-lead counsel for the plaintiffs; and (iii) the parties' submission of a proposed schedule within 30 days of the Court's entry of the proposed order. [ECF No. 8 ¶¶ 1, 5, 10.] In view of the stipulated proposed order, the parties "agree[d] that it would save judicial and party resources to . . . continue the February 11, 2021 Initial Pretrial Conference and associated deadlines" until after the Court's ruling on consolidation and the proposed schedule. [*Id.* at 4.]

The parties are available at the Court's convenience to discuss this matter.


Respectfully,

Jonathan Rosenberg