**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-09986-PGG |

**STIPULATION AND ~~[REDACTED]~~ ORDER FOR VOLUNTARY DISMISSAL**

Plaintiffs Jairo Lizarau ("Plaintiff Lizarau") and Hyunsook Yu ("Plaintiff Yu" and, together with Plaintiff Lizarau, the "Plaintiffs"), Nominal Defendant Evolus, Inc. ("Evolus" or the "Company"), and Defendants David Moatazedi, Rui Avelar, Lauren P. Silvernail, Vikram Malik, Simone Blank, Peter C. Farrell, David Gill, Bosun Hau, Robert Hayman, Karah Parschauer, and Kristine Romine (collectively, the "Individual Defendants" and together with Evolus, the "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree, as follows:

**RECITALS**

**WHEREAS**, on November 27, 2020, Plaintiff Lizarau filed a shareholder derivative action on behalf of Evolus in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and for contribution under Sections 10(b) and 21D of the Exchange Act against the Individual Defendants, captioned *Lizarau v. Moatazedi, et al.*, Case No. 1:20-cv-09986-PGG (the "*Lizarau* Action");

**WHEREAS**, on December 2, 2020, Plaintiff Yu filed a shareholder derivative action alleging substantially similar facts and making claims for breach of fiduciary duty, waste of corporate assets, and contribution under Sections 10(b) and 21D of the Exchange Act against defendants David Moatazedi, Vikram Malik, Simone Blank, Peter C. Farrell, David Gill, Robert

Hayman, Karah Parschauer, Lauren P. Silvernail, and Rui Avelar in this Court, captioned *Yu v. Moatazedi, et al.*, Case No. 1:20-cv-10118;

**WHEREAS**, on December 29, 2020, the parties to the *Lizarau* and *Yu* Actions filed a Joint Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Establishing a Leadership Structure in which, *inter alia*, Defendants accepted service of the complaints filed in the *Lizarau* and *Yu* Actions;

**WHEREAS**, on February 5, 2021, the Court consolidated the *Lizarau* and *Yu* Actions into the above-captioned derivative case (the "Derivative Action");

**WHEREAS**, on September 20, 2021, the Court entered a stipulated order to stay the Derivative Action pending the Court's decision on Defendants' motion to dismiss the complaint in an earlier-filed and related consolidated securities class action involving related claims and defenses, including alleged violations of Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder, captioned *In re Evolus Inc. Securities Litigation*, Case No. 1:20-cv-08647 (S.D.N.Y.) (the "Securities Class Action");

**WHEREAS**, on September 26, 2024, the Court granted the motion to dismiss in the Securities Class Action, and subsequently entered final judgment in favor of the defendants, which plaintiffs did not appeal;

**WHEREAS**, in light of the Court's order dismissing the Securities Class Action, counsel for the Parties have stipulated to the dismissal without prejudice of this Action pursuant to Federal Rules of Civil Procedure 41(a)(ii) and 23.1(c), with each party to bear its own costs and fees;

. **WHEREAS**, counsel for the Parties agree that notice pursuant to Federal Rule of Civil Procedure 23.1(c) should not be required because (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the Parties; (iii) neither Plaintiffs nor their

counsel has received or will receive directly or indirectly any consideration from Defendants for this dismissal; and (iv) shareholders have had notice of the Court's order dismissing the Securities Class Action for over a year and half;

**WHEREFORE**, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.     The Derivative Action shall be dismissed without prejudice, each party to bear its own costs and fees; and

2.     No notice is required.

Respectfully Submitted,

April 15, 2026                                **THE BROWN LAW FIRM, P.C.**


*/s/ Timothy Brown*
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, New York 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*


April 15, 2026                                **GAINEY McKENNA & EGLESTON**


*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 21th Floor
New York, New York 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

3

Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

April 15, 2026

**O'MELVENY & MYERS LLP**


/s/ Jonathan Rosenberg
Jonathan Rosenberg
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 408-2409
Facsimile: (212) 326-2061
Email: jrosenberg@omm.com

*Counsel for Nominal Defendant Evolus Inc. and
Individual Defendants*

The September 20, 2021 stay order (DKt. No. 17) is Vacated; and the Stipulation for voluntary dismissal

IT IS SO ORDERED this __17th__ day of April, 2026. The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE
PAUL G. GARDEPHE

4